UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: 11-5716 PSG |
| Plaintiff, | ) ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| JANE MATTES; HANS MATTES, | ) ) | |
| Defendants. | ) ) | |

It has come to the court's attention that there has been no activity in this case since the complaint was filed on October 28, 2011.  It also appears from the docket that Plaintiff never filed a Proof of Service of the Summons and Complaint on any of the Defendants. The time for service or request for relief has passed.

IT IS HEREBY ORDERED that no later than March 23, 2012, Plaintiffs shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1]

Dated: 3/8/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1]   *See* Fed. R. Civ. P. 41(b).

ORDER, *page 1*