UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA,<br><br>        Plaintiff,<br><br>v.<br><br>JANE MATTES; HANS MATTES,<br><br>        Defendants. | Case No.: 11-5716 PSG<br><br>**ORDER DISSOLVING<br>ORDER TO SHOW CAUSE** |

The court has received Plaintiff Rick Futia's written response to the court's March 8, 2012 order to show cause for Plaintiff's failure to comply with the case schedule. Plaintiff's counsel has adequately explained the cause for Plaintiff's delay in filing the Proof of Service of the Summons and Complaint on the Defendants. Defendants also have filed their answer.

The court finds good cause to allow this case to move forward and to allow the minor deviations from the case schedule suggested by Plaintiff. The order to show cause is dissolved. The parties shall proceed pursuant to the case schedule, except where indicated in Plaintiff's response to the order to show cause. Consistent with Plaintiff's counsel's representation regarding the case schedule, Plaintiff shall file either a notice of dismissal no later than June 15, 2012, or a notice of need for mediation pursuant to General Order 56.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*